PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Mariat Gerges                                                                                    Cr.: 03-580

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh

Date of Original Sentence: 9/30/04

Original Offense: Producing Counterfeit Immigration Documents

Original Sentence: 12 months imprisonment, 3 years Supervised Release

Type of Supervision: Supervised Release                                    Date Supervision Commenced: 1/23/06

## PETITIONING THE COURT

[ ]   To extend the term of supervision for          Years, for a total term of          Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall contribute 40 hours of community service work over a period of or less, from the date probation is granted. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

The defendant shall submit his person, residence, vehicle, and any other premises under his control to a search upon reasonable suspicion that contraband or evidence of a violation of the conditions of supervised release may be found. The search must be conducted in a reasonable manner and at a reasonable time. Failure to submit to a search may be grounds for revocation. Furthermore, the defendant shall inform any other residents that he premises may be subject to a search pursuant to this condition.

## CAUSE

Gerges was arrested by the New York City Police Department auto Crime Unit on August 15, 2006, and charged with 1) Unregistered Vehicle; 2) Failure to show Records and 3) Failure to Display Sign. On October 24, 2006, Gerges pled guilty to the above and was sentenced to pay a $200 fine or be incarcerated for 15 days. Gerges has since paid the fine.

Respectfully submitted,

By: *Nancy Hildy*
U.S. Probation Officer
Date:

PROB 12B - Page 2
Mariat Gerges

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

1-18-07
_____
Date

Dennis M. Cavanaugh
U.S. District Judge