PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Mariat Gerges        Cr.: 03-580
       PACTS Number: 36310

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh

Date of Original Sentence: 9/30/04

Original Offense: Producing Counterfeit Immigration Documents

Original Sentence: 12 months imprisonment, 3 years Supervised Release

Type of Supervision: Supervised Release      Date Supervision Commenced: 1/23/06

### PETITIONING THE COURT

[ ] To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

> It is recommended that the condition requiring the defendant to pay restitution in the amount of $100 per month be modified to order a minimum monthly payment of $200.

### CAUSE

The Probation Office has reviewed Gerges' financial situation and has determined that he is able to pay at least $200 per month. Gerges has agreed to this modified payment schedule.

Respectfully submitted

By: Nancy Hildner
Senior U.S. Probation Officer
Date: 12/10/08

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

12-19-08

Dennis M. Cavanaugh   Date
U.S. District Judge